**Order filed, June 30, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00482-CR

_____

### SHAQUILLE  JAVATE  ASHTON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 184th District Court
Harris County, Texas
Trial Court Cause No. 1433648**

## ORDER

The reporter's record in this case was due June 22, 2015.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record. The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order Cynthia Lee, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM